

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
BIANCA R. PUCCI
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID:<br><br>**100006934789126**<br><br>AND/OR FACEBOOK USER ID:<br><br>**www.Facebook.com/Slapajo.Champ**<br><br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No.: 2:20-mj-00325-BNW<br><br>**Motion for Extension of Attachment C Deadline**<br><br>**(Under Seal)** |

The United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, respectfully move this Honorable Court for an extension of the Attachment C deadline in the above captioned case.

On April 29, 2020, a search warrant in the above captioned case was issued under Federal Rule of Criminal Procedure 41 and Title 18, United States Code, Section 2703. On April 29, 2020, investigators served the search warrant on Facebook, Inc. consistent with the requirements in Federal Rule of Criminal Procedure 41(f) and Title 18, United States Code, Section 2703. On May 19, 2020, investigators received the response to the search warrant from Facebook, Inc. Included as part of the search warrant issued and executed in this case was Attachment "C" – Protocol for Searching the Electronic Data Seized Pursuant to this Search

1  Warrant. Attachment "C" required investigators to complete the examination of the search
2  warrant data copy within 120 days from execution of the search warrant. As such, September
3  16, 2020, was the deadline to complete the examination of the Search Warrant Data Copy.
4      In July of 2020, the target of the investigation, GEORGE WASHINGTON SIMS, III,
5  became aware of the investigation and sought pre-indictment negotiations to resolve the case
6  globally with his pending state charges. On July 24, 2020, the government paused its
7  investigation to facilitate the global, pre-indictment negotiations with the target. In October
8  2020, the global offer expired and was orally withdrawn. The offer was officially withdrawn in
9  writing on November 2, 2020. At this time, investigators are seeking to resume their
10 investigation.
11     Pursuant to Rule 41(e)(2)(B) of the Federal Rules of Criminal Procedure, a warrant
12 seeking electronically stored information authorizes a later review of the media or information
13 consistent with the warrant, unless otherwise specified. In this case, Attachment C placed a
14 120-day deadline to review the search warrant data copy. Attachment C also allowed for a
15 further search or examination past the 120 days when authorized by an appropriate court order
16 or another search warrant. As such, this Court has the authority to extend its original deadline.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

1  Accordingly, it is respectfully requested that the Court grant an order extending the
2  deadline for an additional 120 days from the original date of expiration, for a new deadline date
3  of January 14, 2021.

4  DATED this 3rd day of November, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Bianca R. Pucci*

BIANCA R. PUCCI
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID:<br><br>**100006934789126**<br><br>AND/OR FACEBOOK USER ID:<br><br>**www.Facebook.com/Slapajo.Champ**<br><br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No.: 2:20-mj-00325-BNW<br><br>Order<br><br>(Under Seal) |

Based on the pending motion of the Government, and good cause appearing, the Court issuing the Warrant in the above captioned case determines that there is reason to extend the Attachment C deadline to allow investigators to conduct the examination of the search warrant data copy.

Accordingly, **IT IS ORDERED** that the Attachment C deadline is extended 120 days from the original date of expiration, for a new deadline of January 14, 2021.

DATED this __6th__ day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE