NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF<br>INFORMATION ASSOCIATED WITH FACEBOOK USER ID:<br><br>**100006934789126**<br><br>AND/OR FACEBOOK USER ID:<br><br>**www.Facebook.com/Slapajo.Champ**<br><br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC. | Case No. 2:20-mj-00325-BNW<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-mj-00321-DJA.

DATED this 17th day of December, 2020.

                                             Respectfully,

                                             NICHOLAS A. TRUTANICH
                                             United States Attorney

                                             */s/ Bianca R. Pucci*
                                             BIANCA R. PUCCI
                                             Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER ID:<br><br>**100006934789126**<br><br>AND/OR FACEBOOK USER ID:<br><br>**www.Facebook.com/Slapajo.Champ**<br><br>THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK, INC | Case No. 2:20-mj-00325-BNW<br><br>**Order to Unseal Case** |

   Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

   **DATED** this 22nd day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

2